| | |
|---|---|
| 1 | LUCAS VALLEY LAW |
|   | MARK K. de LANGIS (SBN 190083) |
| 2 | 2110 Elderberry Lane |
|   | San Rafael, California 94903 |
| 3 | Telephone: (415) 472-3892 |
|   | Facsimile: (415) 472-3977 |
| 4 | mdelangis@lucasvalleylaw.com |
| 5 | Attorneys for Plaintiffs |
|   | APL CO. Pte., LTD. and |
| 6 | AMERICAN PRESIDENT LINES, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. Pte., LTD., a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation, | No. CV 10 – 2253 SC |
| Plaintiffs, | **APPLICATION AND ORDER TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR** |
| v. | |
| J.R.J. ENTERPRISES, INC., a corporation, | The Honorable Samuel Conti |
| Defendant. | |

Plaintiffs APL Co. Pte., Ltd. and American President Lines, Ltd. (collectively "APL") apply herein for an order taking the currently scheduled Case Management Conference in the above-entitled matter off the Court's calendar. The Case Management Conference is currently set for September 3, 2010 at 10:00 a.m. in Courtroom 1, 17th floor.

1  APL makes this application because the defendant, J.R.J. Enterprises, Inc., has been
2  properly served, however, it has failed to answer or otherwise respond to the Complaint in the
3  time allowed under the Federal Rules of Civil Procedure. APL intends to bring a Request for
4  Default and a Motion for a Default Judgment, in order to collect what it claims it is owed.
5  Such Request for Default and Motion for Default Judgment will be filed as of today's date, or
6  
7  at the latest, on August 27, 2010.
8  Accordingly, APL request that the Court take the Case Management Conference set for
9  September 3, 2010 at 10:00 a.m. in this matter, off of the Court's calendar.

DATED:  August 26, 2010

                                      LUCAS VALLEY LAW

                          By:  /s/  Mark K. de Langis
                                Mark K. de Langis
                                Attorneys for Plaintiff
                                APL CO. Pte., LTD. and
                                AMERICAN PRESIDENT LINES, LTD.

**IT IS SO ORDERED**

Dated: August 27, 2010

UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" — Judge Samuel Conti signature]*

2

APPLICATION AND ORDER TO TAKE CMC OFF CALENDAR (CV 10-2253 SC)

<u>PROOF OF SERVICE</u>

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of Marin, California, at 2110 Elderberry Lane, San Rafael, California 94903.  I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**APPLICATION AND ORDER TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**

by causing a true and correct copy of the above to be placed in the United States Mail at San Rafael, California in sealed envelope(s) with postage prepaid, addressed as follows:

> Jimmy Machuca
> President
> J.R.J. Enterprises, Inc.
> 4-15 Kenneth Avenue
> Fairlawn, NJ  07410

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 26, 2010.

/s/     Mark K. de Langis
Mark K. de Langis